LT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**



**FILED**
7/29/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED**

JUL 2 5 2016  AS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Antonio Hill
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

tom. dart
Superintendent Greer
_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: 1:16-CV-05027
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:          **AMENDED COMPLAINT**

__✓__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Antonio Hill

   B. List all aliases: none

   C. Prisoner identification number: 2016 0311123

   D. Place of present confinement: Cook County

   E. Address: 2600. California

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: tom dart
      Title: Head Sheriff of Cook County Jail
      Place of Employment: Cook County Illinois

   B. Defendant: Superintendent Greer
      Title: Superintendent of div 4
      Place of Employment: Cook County Illinois

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 16 C 5027

B. Approximate date of filing lawsuit: 7/18/16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Antonio Hill #2016 0311123

D. List all defendants: Thomas dart Superintendent greer

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): northern district of illinois

F. Name of judge to whom case was assigned: Judge James B. Zagel

G. Basic claim made: Unconstitutional conditions of confinement

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending. This is amended complaint

I. Approximate date of disposition: July 14, 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Antonio Hill I was Housed in div 1 from around 11/2/15 thru 12/2/15 in at that time it was inhumane conditions such as (1) showers were full of mold, rust in flooded water (2) the place were full rats in mice running around in our cell (3) they violated my right to excercise my religion all services were denied to me all of these actions were occuring between the dates of 11/2/15 thru 12/2/15 and at the time thomas dart was in charge of all operations in superintendent greer were also second in command under thomas dart in charge of making sure everything was in order.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will like to be compensated for my rights being violated under punitive damages to the amount of 500 per day

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19 day of July, 20 16

Antonio Hill
(Signature of plaintiff or plaintiffs)

Antonio Hill
(Print name)

2016 03 1123
(I.D. Number)

P.O box 089002 Chicago ILL 60608
(Address)